**Malcolm MUHAMMAD, Plaintiff—Appellant,**

v.

**Dr. L. TATRO; K. Givens, Defendants–Appellees.**

No. 13–6192.

United States Court of Appeals, Fourth Circuit.

Submitted: May 26, 2013.

Decided: May 31, 2013.

Malcolm Muhammad, Appellant Pro Se. Carlene Booth Johnson, Perry Law Firm, PC, Dillwyn, Virginia; Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia, for Appellees.

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malcolm Muhammad appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Muhammad v. Tatro,* No. 7:12–cv–00043–SGW–RSB, 2013 WL 375472 (W.D.Va. Jan. 30, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*